1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM DAVID GLENN

11              Petitioner,                    No.  2:11-cv-2032 MCE DAD P

12       vs.

13   FRANK X. CHAVEZ

14              Respondent.              <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner, proceeds pro se with a petition for a writ of habeas

17   corpus pursuant to 28 U.S.C. § 2254.  Therein petitioner challenges the sentence imposed for a

18   judgment of conviction entered against him on November 3, 2009, in the Yolo County Superior

19   Court.  He seeks federal habeas relief on the ground that he was unconstitutionally denied 58

20   days of presentence conduct credits.

21          Pursuant to Rule 5 of the Rules Governing § 2254 Cases, respondent must furnish

22   the court with copies of relevant transcripts and appellate court briefs and opinions.  The answer

23   filed by respondent's on May 21, 2012, references several lodged documents, however no

24   documents have been lodged with the court in this case by respondent.

25   /////

26   /////

                                        1

1       Accordingly, for the foregoing reasons, respondent shall lodge the documents

2   referenced in the answer as well as any other documents of record necessary to the resolution of

3   petitioner's claims  within 30 days of the date of this order.

4       IT IS SO ORDERED.

5   DATED: September 18, 2012.

6

7   _Dale A. Drozd_
    _____
8   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE
9   DAD: 11
    glenn2032.lodgedocs
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26